ACTLAW REALTY CORPORATION, Appellant, v. BERTHA WILKUS and HARRY WILKUS, Respondents, and NATHAN KOHLRITER, Defendant.— Judgment unanimously affirmed, with costs. We hold (1) that the resolution of October 3, 1924,* legally changed the corner property of defendant Bertha Wilkus from a residential to a business use; (2) that said defendant's building plans were legally and properly approved, and that the attempted revocation thereof was ineffectual, (3) and that the resolution adopted March 27, 1925, was a change of said defendant's property from a business use to a residential use, but was ineffectual to make such change for the reason that said defendant had substantial vested rights in the actual construction of her buildings prior to such resolution. Stay vacated. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MARY BARRANCO, Appellant, v. ANIELLO NAPPI, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

FRANK E. BARRANCO, Appellant, v. ANIELLO NAPPI, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ARNOLD BORENSTEIN, an Infant, by DAVID BORENSTEIN, His Guardian ad Litem, Appellant, v. ANNIE AARON, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

DAVID BORENSTEIN, Appellant, v. ANNIE AARON, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

JOHN L. BROWN, Respondent, v. LUCY E. BROWN, Appellant. HALLAM YEARWOOD, Corespondent, Appellant.— Order setting aside verdict unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CHARLES B. CAMPBELL, Respondent, v. EUPHEMIA S. CAMPBELL, Appellant.— Judgments unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

CARLO DI FIGLIO, Respondent, v. KURT LOESCH, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

JOHN S. DORIAN, Respondent, v. CORA M. DORIAN, Appellant.— Orders reversed upon the law, with $10 costs and disbursements, and motion for additional allowance to the extent of $250 granted. The court had power to make an award for additional counsel fee. The original award of $350, at the time of the first application for an additional allowance, had been exhausted, and it may, therefore, be increased, since it appeared that it was inadequate. (Turner v. Woolworth, 221 N. Y. 425.) Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

JESSIE F. FLINT, Appellant, v. AUGUSTE COLUCCI, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.